UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 15 2021

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:20-cr-00049 |
| ) | |
| BRETT DAVID BECKER ) | |
| ) | |
| and ) | |
| ) | |
| ACCELERATED GENETIX, LLC ) | |
| (d/b/a Nutraceutical Innovations, Phenom ) | |
| Nutrition, and Platinum Nutraceuticals) ) | |

**MONEY JUDGMENT ORDER OF FORFEITURE**

**IT IS HEREBY ORDERED THAT:**

   A. Based upon the evidence of record and pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court finds a money judgment in the amount of $3,531,055.00 shall be entered against defendants in that such sum represents in aggregate the amount of the proceeds of the distribution of an unapproved new drug with the intent to defraud and mislead, in violation of 21 U.S.C. §§ 331(d), 355, and 333(a)(2), whether obtained directly or indirectly as a result of said violations or is traceable to such property. Proceeds of said offense(s) are subject to forfeiture pursuant to 21 U.S.C. § 853.

   B. No notice is required to the extent this Order consists solely of a money judgment against the defendant. Fed. R. Crim. P. 32.2(c)(1).

   C. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States is authorized to conduct discovery in accordance with the Federal Rules of Civil Procedure to the extent necessary to identify and locate property subject to forfeiture as substitute assets to satisfy the money judgment.

   D. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

   E. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Order of Forfeiture shall become final as to the defendants at sentencing and shall be made a part of the sentence and included in the judgment.

   F. The Clerk of this Court shall certify copies of this Order to counsel of record.

ENTERED THIS __15__ DAY OF MARCH, 2021.

_____
UNITED STATES DISTRICT JUDGE